**Albert D. PAGE, Plaintiff—Appellant,**

v.

**A.J. PADULA, Warden; Robert Ward, Directional Divisional Operations; John Brooks, Associate Warden; Jennifer Livingston, Correctional Officer; Jon Ozmint, Director; Ron Cribb, Captain; Genna Cain, Officer; MS. Simon, mailroom personnel at Lee Correctional Institution, Defendants—Appellees,**

and

**Ms. Whitney, mailroom personnel at Lee Correctional Institution, Defendant.**

**No. 09–6903.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 2, 2009.

Albert D. Page, Appellant Pro Se. Andrew Lindemann, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert D. Page seeks to appeal the district court's order denying his motion for reconsideration of the district court's order denying, *inter alia,* Page's motions for orders granting him leave to depose correctional officers and prison inmates and compelling the production of various documents. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Page seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*